UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT JONES,

                Plaintiff,

      v.

MARK STRONG,

                Defendant.

CASE NO. C16-5540 RBL-DWC

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

      The Court, having reviewed plaintiff's Motion to Proceed *In Forma Pauperis*, does hereby find and ORDER.

      Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1

1 | The Clerk is directed to mail a copy of this Order to Plaintiff.

2 | Dated this 7th day of September, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 2